IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE ROMERO,<br><br>    Plaintiff,<br><br>v.<br><br>PURERED CREATIVE, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:17-CV-03987-SCJ |

## CONSENT ORDER APPROVING SETTLEMENT

IT IS HEREBY ordered that the Court has reviewed the Parties' Settlement Agreement, and based upon the Court's review of the Complaint, representations of the Parties, and the terms of the Settlement Agreement, the Court deems the proposed settlement to be fair and reasonable, and therefore approves the Parties' Settlement Agreement. This case is DISMISSED WITH PREJUDICE.*

SO ORDERED, this 19th day of April, 2018.

                                              s/Steve C. Jones
                                              Honorable Steve C. Jones
                                              United States District Judge

WSACTIVELLP:9759521.1

*The Court also retains jurisdiction of this case for a period of thirty days from the entry of this Order for purposes of enforcing the payments terms of the Settlement Agreement.